IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
March 17, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: PS
DEPUTY

| | |
|---|---|
| JULIO CESAR OVALLE<br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA ET AL.<br>Defendants, | CIVIL ACTION NO.<br>SA-21-cv-265 |

## O R D E R

On this date came on to be considered the status of this cause. After reviewing the file in this case, the Court finds that it will recuse itself from any further proceedings.

Accordingly, it is hereby ORDERED that this action be removed from the docket of the undersigned and randomly reassigned to another Judge.

**SIGNED** this 17th day of March, 2021.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE